

IAN T. CLARKE-FISHER

Chrysler East Building
666 Third Avenue, 20th floor
New York, NY 10017
Main (212) 451-2900
Fax (212) 451-2999
iclarke-fisher@rc.com
Direct (212) 451-2974

Also admitted in Connecticut
and Massachusetts

February 2, 2021

*Via ECF*

Hon. Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Augusto De Almeida Palmeira v. Swissport USA, Inc., et al.*
                Case No. 1:20-cv-05644-BMC

Dear Judge Cogan:

We represent Defendants, Swissport USA, Inc. and Patricia Brennan VanAllen (collectively, "Defendants") in the above-referenced matter.

We write pursuant to the Court's Minute Entry and Order dated January 20, 2021, to advise the Court that Defendants intend to file an Answer to Plaintiff Augusto De Almeida Palmeira's Amended Complaint (Doc. No. 20) and expect to move for summary judgment following the close of discovery. We look forward to speaking with the Court in more detail tomorrow.

We thank the Court for its consideration in this matter.

Respectfully submitted,

Ian T. Clarke-Fisher
ICF/bf

      cc:    Robert Wisniewski, Esq. (*Via ECF*)

21906270-v1

Boston | Hartford | New York | Providence | Miami | Stamford | Los Angeles | Wilmington | Philadelphia | Albany | New London | rc.com

Robinson & Cole LLP